IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER,**<br><br>Plaintiff,<br><br>v.<br><br>**NATIONAL SECURITY AGENCY,**<br><br>Defendant. | C. A. No. 06-0199 (RWR) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), plaintiff hereby gives notice of its voluntary dismissal of this action.

Respectfully submitted,

   /s/
DAVID L. SOBEL
D.C. Bar No. 360418

MARCIA HOFMANN
D.C. Bar No. 484136

MARC ROTENBERG
D.C. Bar No. 422825

ELECTRONIC PRIVACY INFORMATION
CENTER
1718 Connecticut Avenue, N.W.
Suite 200
Washington, DC 20009
(202) 483-1140

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Voluntary Dismissal has been served on the following counsel by first-class mail this 15th day of February, 2006:

>Craig Lawrence, Acting Chief
>Civil Division
>United States Attorney's Office
>555 4th Street, NW
>Washington, DC 20530


>\_\_/s/_____
>DAVID L. SOBEL
>D.C. Bar No. 360418
>
>ELECTRONIC PRIVACY INFORMATION
>CENTER
>1718 Connecticut Avenue, N.W.
>Suite 200
>Washington, DC 20009
>(202) 483-1140
>
>Counsel for Plaintiff